UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| David Klucka,<br><br>        Plaintiff<br><br>v.<br><br>Susan Atkinson, *et al.*,<br><br>        Defendants | 2:15-cv-02108-JAD-PAL<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 5] |

Pro se plaintiff David Klucka sues 31 individuals alleging that they conspired as agents of the police to produce a doctored surveillance video.[1] Because this court has dismissed at least three civil actions that Klucka brought while in custody as frivolous or for failure to state a claim, and Klucka did not plausibly allege that he was in imminent danger of serious physical injury, Magistrate Judge Leen denied his application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g).[2] She then screened Klucka's complaint, dismissed it without prejudice and with leave to amend, and gave Klucka until June 3, 2016, to pay the $400 filing fee and file an amended complaint.[3] After Klucka failed to pay the filing fee or file an amended complaint by this deadline, Magistrate Judge Leen entered a report recommending that I dismiss and close this case.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The deadline for filing objections to the report and recommendation has passed and

---

[1] ECF No. 1-1.

[2] ECF No. 2.

[3] *Id.*

Klucka has not filed an objection or requested an extension to do so.[4]

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that **this case is DISMISSED.  The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.**

Dated June 28, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[4] Dismissal is also appropriate because Klucka has failed to keep the court apprised of his address as required by this district's local rules.  LSR 2-2.  *See* ECF Nos. 4, 6 (mail returned as undeliverable).